

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CRIMINAL NO. 1:00-CR-004 |
| DESTRUCTION OF ONE H&K MODEL 926, | ) (Judge Kane) |
| .22 CALIBER PISTOL, WITH ALTERED | ) |
| SERIAL NO. | ) |

## O R D E R

AND NOW, this 11th day of September 2002, pursuant to the Government's Motion for Destruction of Evidence, **IT IS HEREBY ORDERED** and decreed that the United States Marshal Service is hereby authorized to destroy the following items of evidence presently retained by the Drug Enforcement Administration: one H&K Model 926, .22 caliber pistol with obliterated serial number.

_____
YVETTE KANE
UNITED STATES DISTRICT JUDGE

**FILED**
**HARRISBURG**

SEP 18 2002

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK