OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4918

September 5, 2002

# NOTICE OF DOCKETING OF APPEAL

**Nakia Jeffries**
v.
**United States of America**
No.: 00-cr-00004

**Honorable Yvette Kane**

An appeal by **Nakia Jeffries** was filed in the above-caption case on 8/16/02, and docketed in this Court on 9/5/02, at No. **02-3407**.

Kindly use the Appeals Docket No. **02-3407** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Phyllis Ruffin** at phyllis_ruffin@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**



FILED
NOV 15 2002
PER _____
HARRISBURG, PA.      DEPUTY CLERK