**CLERK, U.S. DISTRICT COURT**
**P. O. Box 983**
**Harrisburg, PA 17108**
November 15 2002

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106



RECEIVED
NOV 18 2002
U.S.C.A. 3rd. CIR.

    RE:  USA v. NAKIA JEFFRIES
           1:CR-00-004-01
           USCA No.: 02-3407

Dear Ms. Waldron:

    Enclosed please find:

**FILED**
HARRISBURG, PA
NOV 2 0 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

- ____ One certified copy of the docket entries to be filed as the certified list in Lieu of the Record.
- __X__ Actual Record with one certified copy and one uncertified copy of docket entries.
- ____ One certified copy of docket entries to be filed as the Certified List in Lieu of the ____ Supplemental Record.
- ____ Actual____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                          Sincerely,
                          MARY E. D'ANDREA, CLERK

                          Patricia Rawls
                          Deputy Clerk

Enclosure