THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:CR-00-004-1 |
|     Plaintiff, | ) | |
| | ) | |
|    V. | ) | <u>SATISFACTION OF JUDGMENT</u> |
| | ) | (Kane, J.) |
| | ) | |
| NAKIA JEFFRIES, | ) | |
|     Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Full satisfaction is hereby acknowledged of that certain judgment entered on October 30, 2000, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  June 15, 2005

                                   THOMAS A. MARINO
                                   United States Attorney

                                   <u>/s G. MICHAEL THIEL</u>
                                   G. MICHAEL THIEL
                                   Assistant U.S. Attorney

                                   KAREN M. MUSLOSKI
                                   Paralegal Specialist