IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
AT HARRISBURG

FILED
HARRISBURG, PA

JAN 11 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Nakia Jeffries
    Defendant/Petitioner

    -v-

United States of America

    Plaintiff/ Respondant

Case No. 100-cr-0004

Judge ; Yvette Kane

---

MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO TITLE 18 U.S.C. §3582(C)(2)

---

    **NOW COMES,** the Defendant, Nakia Jeffries, Pro-se, to move this honorable court for the modification of his sentence pursuant to Title 18 U.S.C. § 3582(c)(2) , based on the retroactive amendment (amendment 9) which becomes effective on November 1, 2007.

    The Sentencing Commission listed this Amendment under U.S.S.G. §1B1.10 (c) to be applied retroactively. A §3582 (c)(2) motion is the designated vehicle to seek the sentencing court to reduce the defendants current sentence based on the application of the amended guidelines.

    In this matter , the defendant was held accountable for at least 50 grams but less than 150 grams of cocaine base(crack), based of the offense level 32.

    At this time, based on the retroactive amendment, the defendants base level has went from level 32 to level 30 ( Section 2D1.1 (c)(5) ) is amended by striking "At least 35G but less that 50G " of cocaine base (crack) and inserting " At least 50G but less than 150G of cocaine base (crack), which gives the defendant the guidline range of 140 to 175 months including his three points under 3E1.1 and two points under 2D1.1 (d)(1) for the offense level 29 at criminal history five (5).

Therefore, based on the facts of this case it is respectively requested that the defendants sentence be reduced in the interest of justice.

Respectfully Submitted

*Nakia Jeffries*

Nakia Jeffries

## CERTIFICATE OF SERVICE

A copy of this motion was sent to William Behe, Asst. U.S. Attorney at Federal Building Room 217, 288 Walnut Street, Harrisburg, PA. 17108 by U.S. Mail on this __1__ Day of __8__ 2008 with the correct postage paid.

*Nakia Jeffries*

Nakia Jeffries # 10009-067
F.P.C. Mckean Unit E
P.O. Box 8000
Bradford PA. 16701



Federal Correctional Institution McKean
Name: Rakim Jefferies
Reg.#: 15209-067
P.O. Box 8000
Bradford, PA 16701

Clerk of Court
US District Court
228 Walnut st.
P.O. Box 983
Harrisburg, Pa 17108

17108+03 83