IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00004-01 |
| | : | |
| v. | : | (Chief Judge Yvette Kane) |
| | : | |
| NAKIA JEFFRIES | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, James V. Wade of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney William A. Behe, Esquire, filed a response on March 4, 2008 to the Pro Se Motion for Reduction of Sentence Under 18 U.S.C. § 3582 (c) (2) noting Nakia Jeffries was entitled to request some relief pursuant to eligibility for relief under 18 U.S.C. § 3582 (c) (2).

Date: March 17, 2008

*s/ James V. Wade*
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<James_Wade@fd.org>
*Attorney for Nakia Jeffries*