IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00004-01 |
| | : | |
| v. | : | (Chief Judge Yvette Kane) |
| | : | |
| NAKIA JEFFRIES | : | (Electronically Filed) |

## ORDER OF COURT

**AND NOW** this _____ day of _____, 2008, upon consideration of the defendant's Pro Se Motion Reduction of Sentence Under 18 § 3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

The defendant's sentence is amended to _____. All other aspects of the original judgment imposed on October 30, 2000 remain in effect.

BY THE COURT:

_____
YVETTE KANE, CHIEF
UNITED STATES DISTRICT JUDGE