AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Nakia Jeffries | ) Case No: 1:00-CR-4 |
|  | ) USM No: |
| Date of Previous Judgment:   10/30/2000 | ) James Wade |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   October 30, 2000   months **is reduced to**   140 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   31            Amended Offense Level:   29
Criminal History Category:   V          Criminal History Category:   V
Previous Guideline Range:   168   to   210   months      Amended Guideline Range:   140   to   175   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   10/30/2000   shall remain in effect.
**IT IS SO ORDERED.**
Order Date: ▓▓▓▓▓

Effective Date:   4-15-08
(if different from order date)

▓▓▓▓▓
Judge's signature

Yvette Kane, Chief Judge
Printed name and title